IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02076-RPM

PUBLIC SERVICE COMPANY OF COLORADO,
d/b/a Xcel Energy,

      Plaintiff,

v.

SEA WEST WINDPOWER, INC., n/k/a AES Seawest, Inc., and
NEG MICON A/S, n/k/a Vestas-American Wind Technology, Inc.,

      Defendants.
_____

ORDER APPROVING STIPULATION CONCERNING EXTENSION OF TIME
_____

      Pursuant to the Stipulation Concerning Extension of Time, filed October 12, 2007 [7], it is

      ORDERED that the stipulation is approved and AES Sea West, Inc. and Vestas shall respond to the original complaint on or before November 1, 2007 and if an amended complaint is filed a responsive pleading shall be filed in accordance with Fed.R.Civ.P.15(a).

      DATED: October 12th, 2007

                                  BY THE COURT:

                                  s/ Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge