IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02076-RPM

PUBLIC SERVICE COMPANY OF COLORADO d/b/a EXCEL ENERGY,

     Plaintiff,
v.

SEA WEST WYOMING, LLC and
NEG MICON A/S/ n/k/a VESTAS-AMERICAN WIND TECHNOLOGY, INC.,

     Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

     Pursuant to D.C.COLO.LCivR 16, it is

     ORDERED that a scheduling conference will be held on **January 4, 2008, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on December 27, 2007.**

     The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

     Dated: November 9th, 2007

                                            BY THE COURT:
                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge