IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02076-RPM

PUBLIC SERVICE COMPANY OF COLORADO d/b/a EXCEL ENERGY,

    Plaintiff,

v.

SEA WEST WYOMING, LLC and
NEG MICON A/S/ n/k/a VESTAS-AMERICAN WIND TECHNOLOGY, INC.,

    Defendants.

---

ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT

---

On April 18, 2008, the plaintiff filed a Motion for Leave to File Second Amended Complaint, seeking to add additional parties as defendants, based on discovery obtained after the scheduling conference of January 28, 2008. Plaintiff's counsel recites that counsel for defendants may have objection to the motion. No second amended complaint was tendered with the motion and the Court is therefore uncertain with respect to the basis for the plaintiff's allegations of liability against other defendants. The sufficiency of such allegations may be tested by a motion to dismiss rather than opposition to the motion to amend. Accordingly, it is

ORDERED that the Motion to File Second Amended Complaint is granted and the plaintiff shall have to and including April 25, 2008, within which to file its second amended complaint.

Dated: April 18th, 2008

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge