IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02076-RPM-MEH

PUBLIC SERVICE COMPANY OF COLORADO, d/b/a XCEL ENERGY,

    Plaintiff,

v.

SEA WEST WYOMING, LLC.,
NEG MICON A/S n/k/a VESTAS WIND SYSTEMS A/S and
NEG MICON USA, INC. n/k/a VESTAS-AMERICAN WIND TECHNOLOGY, INC.,

    Defendants.
_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal with Prejudice [42], filed on July 15, 2008, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

    DATED: July 16th, 2008

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge